

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 1, 1939

Honorable Joe J. Fisher
District Attorney
San Augustine, Texas

Dear Sir:

Opinion No. O-798
Re: Purchase of transportation
vouchers by county school
board members.

We are in receipt of your letter of May 8, 1939,
in which you request the opinion of this Department upon
the question of whether a member of the county school
board may buy county board transportation vouchers.

Article 371, Penal Code, provides as follows:

"Any officer of any county of of
any city or town who shall contract
directly or indirectly, or become in
any way interested in any contract
for the purchase of any draft or order
on the treasurer of such county, city
or town, or for any jury certificate or
any other debt, claim or demand for
which said county, city or town may or
can in any event be made liable, shall
be fined not less than ten nor more than
twenty times the amount of the order,
draft, jury certificate, debt, claim or
liability so purchased or contracted for.
Within the term 'officer', is included
ex-officers until they have made a final

settlement of their official accounts."

In Scherz v. Telfer (T. C. A., 1934) 74 S. W. (2) 327, the court stated:

"It is now settled that a school trustee is a county officer, required to take the constitutional oath, and that a contest of his election is referable to the general law. Fowler v. Thomas (T. C. A.) 275 S. W. 253, and cases there cited."

While the above case and the other cases on this point which have come to our attention were directly concerned with district school trustees, we are of the opinion that the same rule would be applicable to county school trustees in this respect, and that they are county officers.

It is, therefore, our opinion that a member of the county school board is prohibited from buying county board transportation vouchers of his county.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Cecil C. Cammack
Assistant

CCC:BBB

APPROVED

ATTORNEY GENERAL OF TEXAS

APPROVED
Opinion Committee

By___H.Q.B._(signed)
chairman